

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-16-00604-CV

**IN RE: A PURPORTED LIEN OR CLAIM AGAINST 33.906 ACRES OF REAL PROPERTY IN KENDALL COUNTY, TEXAS**

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 16-293
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against the appellant.

SIGNED December 28, 2016.

_____
Jason Pulliam, Justice